1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ALBERTO SANDOVAL-LOPEZ,        )   NO. CV 10-08990 RGK (SS)
                                    )
12                 Petitioner,      )   **ORDER ADOPTING FINDINGS,**
                                    )
13          v.                      )   **CONCLUSIONS, AND RECOMMENDATIONS OF**
                                    )
14   LINDA SANDERS, Warden,         )   **UNITED STATES MAGISTRATE JUDGE**
                                    )
15                 Respondent.      )
                                    )
16   _____ )

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all the records and files herein, and the Report and Recommendation of

20   the United States Magistrate Judge.  The time for filing Objections to

21   the Report and Recommendation has passed and no Objections have been

22   received.  Accordingly, the Court accepts and adopts the findings,

23   conclusions and recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1    **IT IS ORDERED** that Judgment shall be entered dismissing this action

2  without prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

5  the Judgment herein on Petitioner and counsel for Respondent.

6

7    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9  DATED: January 20, 2011

10

11                                    R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28