**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO SANDOVAL-LOPEZ, ) | NO. CV 10-08990 RGK (SS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| LINDA SANDERS, Warden, ) | |
| Respondent. ) | |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

    DATED: January 20, 2011

                                    _____
                                    R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE